No. 79–5932.   DOE ET AL. *v.* DELAWARE.   Appeal from Sup. Ct. Del.   Motion of appellants for leave to proceed *in forma pauperis* granted.   Probable jurisdiction noted.

No. 79–1186.   DENNIS *v.* SPARKS ET AL., DBA SIDNEY A. SPARKS, TRUSTEE.   C. A. 5th Cir.   Certiorari granted.

No. 78–1169.   LINCOLN AMERICAN CORP. ET AL. *v.* SUSMAN; and

No. 78–1286.   EBERSTADT ET AL. *v.* FLAMM ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 79–822.   SCOTT *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 79–910.   HOROWITZ *v.* CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 79–969.   KRASNY *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 79–978.   YOUNG ET UX. *v.* TENNESSEE VALLEY AUTHORITY ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 79–979.   WILLAMETTE IRON & STEEL Co. *v.* SECRETARY OF LABOR ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 79–1020.   NEWMAN *v.* ELROD, SHERIFF.   App. Ct. Ill., 1st Dist.   Certiorari denied.